UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JIN LONG INDUSTRIAL & TRADING CO. (HK), LTD,

    Plaintiff,

vs.

CARDONA INTERNATIONAL CORP. AND MICHAEL SHEKHTER, Individually and as a Representative of Cardona International Corp.

    Defendants.

CIVIL CASE NO.:1:15-cv-690-TJM-CFH



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 16 2016
AT _____ O'CLOCK
Lawrence K. Baerman, Clerk - Binghamton

## CONSENT JUDGMENT

**WHEREAS**, Plaintiff and Defendants in the above-captioned matter have conferred and reached agreement upon the terms of this Consent Judgment; and

**WHEREAS**, Plaintiff and Defendants certify that no party hereto is an infant or incompetent; and

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED, ADJUDGED AND DECREED** that Judgment be entered against all Defendants, jointly and severally, and in favor of the named Plaintiff in the amount of $186,291.00, plus accrued interest at the rate of 18.0% per annum from April 19, 2016; and it is further

**ORDERED AND DECLARED** that, subject only to the provisions of the Stipulation of Settlement and Mutual Release of Claims, Plaintiff has execution for the amount set forth herein.

Dated: 12/16/16         SO ORDERED  *[signature]* Thomas J. McAvoy USDJ
                        Hon.   Thomas J. McAvoy

Consented to:

Dated: December 15, 2016

                        *[signature]*
                        John F. Harwick, Esq.
                        *Attorney for Defendants Cardona*
                        *International Corp. and Michael Shekhter*


Dated: December 15, 2016

                        *[signature]*
                        ~~Stuart J. Polkowitz, Esq.,~~ Autumn M. McCourt, Esq.
                        *Attorney for Plaintiff*